SCANNED at
Emailed
7/6/21 by ms. 2 pages

U.S. District Court
District of Connecticut

Christopher Shand                    Civil No. 3:18-cv-00010-(KAD)

v.

Scott Semple et al.

Motion exhibiting the attendance of a Magistrate Judge in a
Settlement negotiations conference.

I AM Christopher Shand ("Plaintiff") in the above case caption, is requesting and/or exhibiting the attendance of United States Magistrate Judge Honorable Robert M. Spector in a settlement negotiations telephonic conference to resolve this case due to numerous reasons because I have tried on several occasion to do so with defendants through their counsel but they have rejected all of Plaintiff's proposals demand and dragging their feet on the and at the same time continue to violate Plaintiffs' constitutional rights. The Plaintiff health is at risk and in great danger, so you are my last resort to get this case resolved and that will. If not and/or can't Plaintiff will like to go to trial with this case caption matter.

Certification

This is to certify that a copy of the foregoing Motion will send via prison mailbox with postage prepaid on July 6, 2021 to the following:

DeAnn S. Varunes
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Dated: 7-6-2021

Respectfully Submitted By:
Marilid Michaelides Shahid
50 [illegible] Road
[illegible], CT 06470